# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PETER BOLVIG,** | ] |
| **Plaintiff,** | ] |
| VS. | ] CIVIL ACTION NO. |
| | ] 2:17-CV-1941 KOB |
| **GARRISON PROPERTY &, CASUALTY INSURANCE COMPANY,** | ] |
| **Defendant.** | ] |

## O R D E R

This cause comes before the court upon the "Joint Stipulation of Dismissal." (Doc. 12). Upon consideration thereof, the court ORDERS that this case be, and the same hereby is, DISMISSED, in its entirety, WITH PREJUDICE, each party to bear his or its own costs.

**DONE** and **ORDERED** this 2nd day of February, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE